## Commonwealth *v.* McKinnis, Appellant.

Before LYON, J.

Argued

November 21, 1975. *John R. Seltzer*, with him *Jamison, Seltzer & Harper*, for appellant; *Donald E. Williams*, District Attorney, submitted a brief for Commonwealth, appellee.

Judgment of sentence affirmed.